**CORNELL**
LAW OFFICES OF ROSS CORNELL
APC

Ross Cornell, Esq.   (SBN 210413)
Post Office Box 1989, Suite 305
Big Bear Lake, CA 92315
rc@rosscornelllaw.com
Phone:  (562) 612-1708
Fax: (562) 394-9556


Phone: (562) 612-1708
Fax: (562) 394-9556


Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada, | Case No.: 5:22-cv-00066-MEMF-SHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Scott Hunt, et al. | |
| Defendants. | |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: February 25, 2022        LAW OFFICES OF ROSS CORNELL, APC

                                By: /s/ *Ross Cornell*
                                    Ross Cornell, Esq.,
                                    Attorneys for Plaintiff,
                                    Bryan Estrada